**Fox and Fox Attorneys at Law, P.C.**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**706 One Montgomery Plaza**
**425 Swede Street**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:  (610) 275-2866**
**cfox@foxandfoxlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER  13 |
| BRUCE STANLEY WESTCOTT, | : | |
| Debtor(s) | : | BANKRUPTCY NO.  16-17248-ref |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**
**AND SERVICE OF PAPERS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

     Kindly enter my appearance on behalf of OneMain Financial of Pennsylvania, Inc., fka Springleaf Financial Services of Pennsylvania, Inc., in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox Attorneys at Law, P.C. and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox Attorneys at Law, P.C., 706 One Montgomery Plaza, 425 Swede Street, Norristown, PA 19401.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:                                                                              Respectfully submitted,

                                                                                      Fox and Fox Attorneys at Law, P.C.

                                                                                      /s/ Craig H. Fox
                                                                                      _____
                                                                                      Craig H. Fox, Esquire
                                                                                      Attorney for Creditor

cc:  **Counsel for the Debtor**:                          OneMain Financial of Pennsylvania, Inc., et al
      Michael J. McCrystal, Esq.
      2355 Old Post Road, Suite 4
      Coplay, PA  18037

      **Trustee:**
      Frederick L. Reigle
      P.O. Box 4010
      Reading, PA  19606