FOX AND FOX ATTORNEYS AT LAW, P.C.
By: Craig H. Fox, Esquire
Attorney I.D. #49509
706 One Montgomery Plaza
Airy and Swede Streets
Norristown, PA  19401
Telephone:  (610) 275-7990
Facsimile:  (610) 275-2866

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRUCE STANLEY WESTCOTT | : | BK NO. 16-17248-REF |
| Debtor(s) | : | |
| ONEMAIN FINANCIAL OF | : | Chapter 13 |
| PENNSYLVANIA, INC., et al | : | |
| Moving Party | : | |
| vs. | : | |
| | : | |
| BRUCE STANLEY WESTCOTT | : | |
| Respondent(s) | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

ONEMAIN FINANCIAL OF PENNSYLVANIA, INC. fka SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC. ("OneMain"), has filed <u>Motion for Relief From automatic Stay</u> with the court <u>to lift the automatic stay as to OneMain.</u>

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  1/23/17 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at

Clerk, U.S. Bankruptcy Court
Madison Building
400 Washington Street
Reading, PA  19601

G:\216400\216492\216492 MFR 161219.doc

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

       (b) mail a copy to the movant's attorney:

> Craig H. Fox, Esquire
> FOX AND FOX ATTORNEYS AT LAW, P.C.
> 706 One Montgomery Plaza
> Norristown, PA  19401
> (610) 275-7990
> (610) 275-2866

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the Motion is scheduled to be held before Honorable Richard E. Fehling on Thursday, January 26, 2017 at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, Madison Bldg., 400 Washington Street, Reading, PA  19601.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an Answer.

Date:

cc:    U.S. Trustee
       Office of the U. S. Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA  19107

Attorney for Movant:

Craig H. Fox, Esquire
Fox and Fox
One Montgomery Plaza, Suite 706
Norristown, PA 19401

Attorney for Debtor:

Michael J. McCrystal, Esquire
2355 Old Post Rd., Suite 4
Coplay, PA 18037

G:\216400\216492\216492 MFR 161219.doc

<u>Trustee</u>:

Frederick L. Reigle
Chapter 13 Trustee
P.O. Box 4010
Reading, PA  19606

G:\216400\216492\216492 MFR 161219.doc