UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRUCE STANLEY WESTCOTT | : | BK NO. 16-17248-REF |
| Debtor(s) | : | |
| ONEMAIN FINANCIAL OF PENNSYLVANIA, INC., et al | : | Chapter 13 |
| Moving Party | : | |
| vs. | : | |
| | : | |
| BRUCE STANLEY WESTCOTT | : | |
| Respondent(s) | : | |

ORDER

Upon consideration of the Motion of ONEMAIN FINANCIAL OF PENNSYLVANIA, INC. fka SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC. ("OneMain") for Relief from the Automatic Stay and any response filed thereto, and after proper notice and an opportunity for hearing, it is hereby ORDERED that:

a.   OneMain's Motion shall be and hereby is granted;

b.   The automatic stay is hereby lifted as to OneMain and its predecessors, successors and assigns, solely with respect to the 2015 Chevrolet Equinox vehicle and that OneMain and its predecessors, successors and assigns shall be permitted to repossess and sell the 2015 Chevrolet Equinox vehicle on which it holds a lien;

c.   Rule 4001(a)(3) is not applicable and this Order Granting Relief from the Automatic Stay may immediately be enforced and implemented.

BY THE COURT,

**Date: January 27, 2017**

_____
J.