United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 16-17248-ref
Bruce Stanley Westcott                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Jan 27, 2017
                              Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db           +Bruce Stanley Westcott,   3756 Huckelberry Rd,   Allentown, PA 18104-9790
cr            OneMain Financial of Pennsylvania, Inc.,   c/o Craig H. Fox, Esquire,
              Fox and Fox Attorneys at Law, P.C.,   One Montgomery Plaza, Suite 706,   425 Swede Street,
              Norristown, PA  19401
cr           +PRA Receivables Management, LLC,   as authorized agent for Synchrony Bank,   PO Box 41021,
              Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
            CRAIG H. FOX    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
            bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            MICHAEL J. MCCRYSTAL    on behalf of Debtor Bruce Stanley Westcott mccrystallaw@gmail.com,
            sueparalegal@gmail.com
            THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
            tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BRUCE STANLEY WESTCOTT | : | BK NO. 16-17248-REF |
| Debtor(s) | : | |
| ONEMAIN FINANCIAL OF | : | Chapter 13 |
| PENNSYLVANIA, INC., et al | : | |
| Moving Party | : | |
| vs. | : | |
| | : | |
| BRUCE STANLEY WESTCOTT | : | |
| Respondent(s) | : | |

**ORDER**

Upon consideration of the Motion of ONEMAIN FINANCIAL OF PENNSYLVANIA, INC. fka SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC. ("OneMain") for Relief from the Automatic Stay and any response filed thereto, and after proper notice and an opportunity for hearing, it is hereby ORDERED that:

a.      OneMain's Motion shall be and hereby is granted;

b.      The automatic stay is hereby lifted as to OneMain and its predecessors, successors and assigns, solely with respect to the 2015 Chevrolet Equinox vehicle and that OneMain and its predecessors, successors and assigns shall be permitted to repossess and sell the 2015 Chevrolet Equinox vehicle on which it holds a lien;

c.      Rule 4001(a)(3) is not applicable and this Order Granting Relief from the Automatic Stay may immediately be enforced and implemented.

BY THE COURT,

**Date: January 27, 2017**

_____

                                                                                        J.