| | | |
|---|---|---|
| IN RE:  Bruce S. Westcott | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 16-17248-ref |
| | : | |

CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Approve Professional Compensation The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 1, 2017.

    It is hereby respectfully requested that the Order attached to the Motion to Approve Professional Compensation be entered at the earliest convenience.

Dated: September 1, 2017

    Respectfully submitted,
    /S/Michael J. McCrystal

    _____
    Michael J. McCrystal, Esquire
    2355 Old Post Road, STE 4
    Coplay, PA 18037
    (610) 262-7873
    Attorney for the Debtor