United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce Stanley Westcott
    Debtor

Case No. 16-17248-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Sep 05, 2017
Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.
db     +Bruce Stanley Westcott,    3756 Huckelberry Rd,    Allentown, PA 18104-9790
cr      OneMain Financial of Pennsylvania, Inc.,    c/o Craig H. Fox, Esquire,
       Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
       Norristown, PA    19401
cr     +PRA Receivables Management, LLC,    as authorized agent for Synchrony Bank,    PO Box 41021,
       Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
          CRAIG H. FOX    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
           bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHAEL J. MCCRYSTAL     on behalf of Debtor Bruce Stanley Westcott mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          THOMAS I. PULEO     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:  Bruce S. Westcott : CHAPTER 13
        Debtor :
: case no. 16-17248-ref
:

## *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of two thousand five eighty three and thirty three cents ($2,583.33) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of one thousand thirty three dollars and thirty three cents ($1,033.33).

BY THE COURT:

**Date: September 5, 2017**

_____
USBJ