| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-17248-PMM**

BRUCE STANLEY WESTCOTT
3756 HUCKELBERRY RD
ALLENTOWN  PA    18104

Petition Filed Date: 10/13/2016
341 Hearing Date: 11/29/2016
Confirmation Date: 08/10/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $500.00 |  | 02/08/2019 | $500.00 |  | 03/08/2019 | $500.00 |  |
| 04/09/2019 | $500.00 |  | 05/08/2019 | $500.00 |  | 06/10/2019 | $500.00 |  |
| 07/08/2019 | $500.00 |  | 08/08/2019 | $500.00 |  | 09/09/2019 | $500.00 |  |
| 10/07/2019 | $500.00 | 5406581000 | 11/12/2019 | $500.00 | 5406582000 | 12/12/2019 | $500.00 | 6250911000 |
| 01/13/2020 | $500.00 | 6250912000 | 02/12/2020 | $500.00 | 6250913000 | 03/12/2020 | $500.00 | 6250914000 |
| 04/13/2020 | $500.00 | 6250915000 | 05/11/2020 | $500.00 | 6250916000 | 06/12/2020 | $500.00 | 6250917000 |
| 07/13/2020 | $500.00 | 6250918000 | 08/12/2020 | $500.00 | 6250919000 |  |  |  |

**Total Receipts for the Period: $10,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | LAW OFFICE OF MARCIA BINDER IBRAHIM LLC<br>»» 004 | Unsecured Creditors | $7,498.32 | $5,802.47 | $1,695.85 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Unsecured Creditors | $3,994.46 | $3,091.06 | $903.40 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $10,287.13 | $7,960.55 | $2,326.58 |
| 5 | McCRYSTAL LAW OFFICES<br>»» 005 | Attorney Fees | $1,033.33 | $1,033.33 | $0.00 |

**Chapter 13 Case No. 16-17248-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,600.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $17,887.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,812.59 | Total Plan Base: | $27,600.00 |
| Funds on Hand: | $900.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.