Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 16-17248-PMM**

BRUCE STANLEY WESTCOTT  
3756 HUCKELBERRY RD  
ALLENTOWN  PA    18104

Petition Filed Date: 10/13/2016  
341 Hearing Date: 11/29/2016  
Confirmation Date: 08/10/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $500.00 | 6250912000 | 02/12/2020 | $500.00 | 6250913000 | 03/12/2020 | $500.00 | 6250914000 |
| 04/13/2020 | $500.00 | 6250915000 | 05/11/2020 | $500.00 | 6250916000 | 06/12/2020 | $500.00 | 6250917000 |
| 07/13/2020 | $500.00 | 6250918000 | 08/12/2020 | $500.00 | 6250919000 | 09/14/2020 | $500.00 | 6250920000 |
| 10/15/2020 | $500.00 | 7086969000 | 11/16/2020 | $500.00 | 7086970000 | 12/14/2020 | $500.00 | 7086971000 |
| 01/15/2021 | $500.00 | 7086972000 | 02/16/2021 | $500.00 | 7086973000 | 03/15/2021 | $500.00 | 7086974000 |
| 04/15/2021 | $500.00 | 7086975000 | 05/17/2021 | $500.00 | 7086976000 | | | |

**Total Receipts for the Period: $8,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | LAW OFFICE OF MARCIA BINDER IBRAHIM LLC<br>»» 004 | Unsecured Creditors | $7,498.32 | $7,387.87 | $110.45 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Unsecured Creditors | $3,994.46 | $3,935.62 | $58.84 |
| 3 | US BANK NA<br>»» 003 | Unsecured Creditors | $10,287.13 | $10,135.60 | $151.53 |
| 5 | McCRYSTAL LAW OFFICES<br>»» 005 | Attorney Fees | $1,033.33 | $1,033.33 | $0.00 |

Chapter 13 Case No. 16-17248-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,100.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $22,492.42 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,157.58 | Total Plan Base: | $27,600.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.