United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-17248-pmm

Bruce Stanley Westcott  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Stanley Westcott, 3756 Huckelberry Rd, Allentown, PA 18104-9790 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13807517 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13807522 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13807523 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 13807524 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 13807529 | + | First Bank Puerto Rico, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14409896 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13824122 | + | JPMorgan Chase Bank, National Association, c/o THOMAS I. PULEO, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13883900 | + | Law Office of Marcia Binder Ibrahim, LLC, 222 S. Broad Street, Lansdale, PA 19446-3823 |
| 13807532 | + | Lincoln Automotive Fin, 12110 Emmet St, Omaha, NE 68164-4263 |
| 13807534 | + | Marica Binder Ibrahim, Esquire, 222 S. Broad Street, Lansdale, PA 19446-3823 |
| 13830470 | | OneMain Financial of Pennsylvania, Inc., c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., One Montgomery Plaza, Suite 706, 425 Swede Street Norristown, PA 19401 |
| 13807535 | + | Prothonotary-CCP Lehigh, Case No. 2016-C-0723, 455 W. Hamilton Street, Allentown, PA 18101-1602 |
| 13807536 | + | Santander Bank Na, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 13807537 | + | Springleaf Financial S, 1540 Cowpath Rd Ste 126, Hatfield, PA 19440-3185 |
| 13807544 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 13807546 | | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2021 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2021 23:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13807527 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 21 2021 23:18:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 13807528 | + | Email/Text: mrdiscen@discover.com | Sep 21 2021 23:18:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13807530 | | Email/Text: fnb.bk@fnfg.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2021 23:18:00 | First Niagara Bank, Po Box 514, Lockport, NY 14094 |
| 13807531 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Sep 21 2021 23:18:00 | Franklin Mint Fcu Il, 1974 Sproul Rd Ste 300, Broomall, PA 19008 |
| 13807525 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 21 2021 23:19:22 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13807526 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 21 2021 23:19:12 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 13857526 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 21 2021 23:19:22 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13807533 | | Email/Text: camanagement@mtb.com | Sep 21 2021 23:18:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 13818836 | + | Email/PDF: cbp@onemainfinancial.com | Sep 21 2021 23:29:34 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 13809161 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 21 2021 23:19:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13807538 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2021 23:19:22 | Syncb/whitehall, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13807539 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2021 23:19:12 | Synchrony Bank/HH Gregg, Po Box 965064, Orlando, FL 32896-5064 |
| 13807540 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2021 23:19:17 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 13807543 | | Email/Text: bankruptcy@td.com | Sep 21 2021 23:18:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 13807542 | | Email/Text: bankruptcy@td.com | Sep 21 2021 23:18:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 13867714 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 21 2021 23:18:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13807545 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 21 2021 23:18:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13807518 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13807519 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13807520 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13807521 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13807541 | *+ | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 13807547 | * | Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |
| 13965693 | ##+ | Michael J. McCrystal, Esquire, 2355 Old Post Road, STE 4, Coplay, PA 18037-2459 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 21, 2021 | Form ID: 138OBJ | Total Noticed: 41

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:**

**Name**  **Email Address**

CRAIG H. FOX
   on behalf of Creditor OneMain Financial of Pennsylvania Inc. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

KEVIN S. FRANKEL
   on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MICHAEL J. MCCRYSTAL
   on behalf of Debtor Bruce Stanley Westcott mccrystallaw@gmail.com sueparalegal@gmail.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS I. PULEO
   on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Bruce Stanley Westcott
    Debtor(s)

Case No: 16−17248−pmm

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/21/21

47 − 43
Form 138OBJ